AO 442 (Rev. 11/11) Arrest Warrant

**ORIGINAL**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2811727

2014 FEB -5  P 1:30

CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED
June 26, 2024
LAURA A. AUSTIN, CLERK
BY: /s/ Robin Bordwine
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:05cr160 |
| Michael Williams Evans | ) | |

*Defendant*

## ARREST WARRANT

To:  Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Michael Williams Evans,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

T.21:846 - Conspiracy to Distribute & Possess with Intent to Distribute Cocaine Base (Original Charge)

Date: 02/14/2014

*Issuing officer's signature*

City and state:  Norfolk, VA

Henry C. Morgan, U.S. District Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 02/14/2014, and the person was arrested on *(date)* 06/26/2024
at *(city and state)* W / VA Abingdon div.

Date: 06/26/2024

*Arresting officer's signature*

Jim Satterwhite, USMS for E VA
*Printed name and title*

* Via detainer from
VADOC River North CC.